1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Law Offices of
**MIDDLEBROOK, KAISER, HENGESBACH & DAWSON**
Michael R. Kaiser, State Bar #74609
Nicole R. Cieslinski, State Bar #252587
801 E. Tahquitz Canyon Way, Ste. 101
Palm Springs, California 92262
Phone  (760) 322-0806;  Fax (760) 322-8979

Attorneys for Defendants,
**COUNTY OF RIVERSIDE, RUSTY HANNAH,
LISA BOUGHAMER, HECTOR HERRERA,
AND JOSE RAMIREZ FERNANDEZ (erroneously sued as J. FERNANDEZ)**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA WEISSLEADER | CASE NO.  CV 11-01986-SJO(OPx) |
| Plaintiff, | **JUDGMENT RE DEFENDANTS COUNTY OF RIVERSIDE, RUSTY HANNAH, LISA BOUGHAMER, HECTOR HERRERA, AND JOSE RAMIREZ FERNANDEZ'S  MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED PLEADING** |
| v. | |
| COUNTY OF RIVERSIDE, BETSY RITCHIE, RUSTY HANNAH, LISA BOUGHAMER, HECTOR HERRERA, OFFICER J. FERNANDEZ and JUDGE JOHN G. EVANS | |
| Defendants. | **Ctrm:  1
Judge S. James Otero** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Pursuant to the Court's July 10, 2012 Order granting Defendants County of Riverside, Rusty Hannah, Lisa Boughamer, Hector Herrera, and Jose Ramirez Fernandez's (collectively "Defendants") Motion to Dismiss Plaintiff's Third Amended Pleading, Judgment is entered as follows:

Plaintiff's Third Amended Complaint is dismissed WITHOUT LEAVE TO AMEND.

1       JUDGMENT IS SO ENTERED.

2  The Court vacates and strikes the order denying judgment filed 7/26/12.

3

4

5  DATED: July 31, 2012       _____

6                          JUDGE OF THE SUPERIOR COURT

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] JUDGMENT RE DEFENDANTS COUNTY OF RIVERSIDE, RUSTY HANNAH, LISA BOUGHAMER, HECTOR HERRERA,
AND JOSE RAMIREZ FERNANDEZ'S MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED PLEADING

1

PROOF OF SERVICE

2    STATE OF CALIFORNIA          )
                                  )    ss.
3    COUNTY OF RIVERSIDE          )

4          I am employed in the County of Riverside, State of California.

5          I am over the age of 18 and not a party to the within action; my business address is: 801E.
6    Tahquitz Canyon Way, Suite 101, Palm Springs, CA 92262.

7          On July 25, 2012, I served the foregoing document as: **[PROPOSED] JUDGMENT RE
     DEFENDANTS COUNTY OF RIVERSIDE, RUSTY HANNAH, LISA BOUGHAMER,
     HECTOR HERRERA, AND JOSE RAMIREZ FERNANDEZ'S MOTION TO DISMISS
8    PLAINTIFF'S THIRD AMENDED PLEADING,** on the interested parties in this action by
     placing a true copy thereof enclosed in a sealed envelope addressed as follows:

9
     Patricia Weissleader
10   71-455 18th Avenue
     Desert Hot Springs, CA 92241
11   (760) 251-1905
     Plaintiff, Pro Se
12
     ☐    [BY MAIL]   I am "readily familiar" with the firm's practice of collection and processing
13   correspondence for mailing.  Under that practice it would be deposited with U.S. postal service
     on that same day with postage thereon fully prepaid at Palm Springs, California, in the ordinary
14   course of business.  I am aware that on motion of the party served, service is presumed invalid if
     postal cancellation date or postage meter date is more than one day after date of deposit for
15   mailing in affidavit.

16   ☐    [BY PERSONAL SERVICE]  I caused to be delivered such envelope by hand to the
     offices of the addressee.
17
     ☐    [BY FACSIMILE] Based on agreement of the parties to accept service by facsimile
18   transmission, I faxed the document(s) to the person(s) at the facsimile number(s) listed above.
     The telephone number of the sending facsmile number is 760-322-8979.  The sending facsimile
19   machine issued a transmission report confirming that the transmission was complete and without
     error.  A copy of that report showing the time of service is attached.
20
     ☒    [BY OVERNIGHT DELIVERY] I enclosed the documents in an envelope or package
21   provided by an overnight delivery carrier and addressed as above.  I placed the envelope or
     package for pick up by the delivery carrier from my place of business.
22

23   ☒    [FEDERAL] I declare that I am employed in the office of a member of the bar of this
     Court at whose direction the service was made.  I declare under penalty of perjury under the laws
24   of the United States of America that the foregoing is true and correct.

25         Executed on July 25, 2012, at Palm Springs, California.

26

27                                    _____
                                      VICTORIA DEAN-WALTERS
28